# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2557

_____

Arlene Butters; Richard Butters, In　　*
the Estate of David Butters by and　　　*
through Arlene and Richard Butters on　*
Behalf of Themselves and the Estate of　*
David Butters,　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　Appellants,　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　　　　*　Appeal from the United States
　　　　　　　　　　　　　　　　　*　District Court for the
David H. Ash, Judge, Circuit Court of　*　Eastern District of Missouri.
Pike County, Probate Division; Pike　　*
County Probate Court, Circuit Court of　*　[UNPUBLISHED]
Pike County; McIlroy and Millan Law　*
Firm; Nina Long, Public Administrator;　*
Community State Bank,　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　　　　　Appellees.　　　　　　*

_____

Submitted: March 16, 2010
Filed: April 22, 2010

_____

Before RILEY,[1] Chief Judge, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

_____

[1]The Honorable William Jay Riley became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2010.

Missouri inmate Richard Butters and his wife Arlene Butters appeal the district court's[2] dismissal of their 42 U.S.C. § 1983 complaint alleging a conspiracy to "rob and loot" the estate of David Butters, Richard Butters's father. Upon careful de novo review, see Hodak v. City of St. Peters, 535 F.3d 899, 903 (8th Cir. 2008) (de novo review of determination as to plaintiff's standing); Schaaf v. Residential Funding Corp., 517 F.3d 544, 549 (8th Cir. 2008) (de novo review of grant of motion to dismiss); Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo review of dismissal under 28 U.S.C. § 1915A), we find no reversible error. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[2]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.